ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| ALLYSSA TEFFT, INDIVIDUALLY AND AS THE NATURAL PARENT OF BROOKLYNN McNAIR TEFFT, A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; inclusive and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00520-JAD-DJA<br><br>**ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR REMAND (ECF NO. 10)** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

125752225.1

All parties, through their respective counsel, hereby stipulate and agree as follows:

The hearing on Plaintiff's Motion for Remand (ECF NO. 10) is currently scheduled for July 6, 2023. Due to another scheduling conflict with Defendant's counsel, the parties agree, with the consent of the Court, to continue the hearing date from July 6, 2023, at 1:30 p.m., to the first available date convenient to this Court.

| Dated this 16th day of June, 2023 | Dated this 16th day of June, 2023 |
|---|---|
| H&P LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Cara Xidis | /s/ Frank A. Toddre, II |
| MARJORIE L. HAUF<br>Nevada Bar No. 8111<br>MATTHEW G. PFAU<br>Nevada Bar No. 11439<br>CARA XIDIS<br>Nevada Bar No. 11743<br>710 South 9th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>FRANK A. TODDRE, II<br>Nevada Bar No. 11474<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant State Farm Mutual Automobile Insurance Company* |

**ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Remand (ECF No. 10), currently set for July 6, 2023, be continued until July 17, 2023, at 2:00 p.m.

DATED: June 21, 2023.

_____
UNITED STATED DISTRICT COURT JUDGE

125752225.1                                    2