Marjorie L. Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Cara Xidis, Esq.
Nevada Bar No. 11743
H&P LAW
710 South 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Allyessa Tefft,** individually and as the natural parent of **B.M.T.,** a minor,<br><br>Plaintiffs,<br>vs.<br><br>**State Farm Mutual Automobile Insurance Company;** Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00520-JAD-DJA<br><br>**Order to Continue Hearing on Plaintiff's Motion for Remand (ECF NO. 10)**<br><br>ECF No. 19 |

All parties, through their respective counsel, hereby stipulate and agree as follows:

The hearing on Plaintiff's Motion for Remand (ECF NO. 10) is currently scheduled for July 17, 2023, at 2:00 p.m. Due to a scheduling conflict with Plaintiff's counsel, the

parties agree, with the consent of the Court, to continue the hearing date from July 17, 2023, at 2:00 p.m., to July 17, 2023, at 3:30 p.m.

DATED this 7th day of July, 2023.  DATED this 7th day of July, 2023.

H&P LAW  LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ Marjorie Hauf_____  _/s/ Frank A. Toddre II____
Marjorie L. Hauf, Esq.  Robert W. Freeman, Esq.
Nevada Bar No. 8111  Nevada Bar No. 3062
Cara Xidis, Esq.  Frank A. Toddre II, Esq.
Nevada Bar No. 11743  Nevada Bar No. 11474
Attorneys for Plaintiff  Attorneys for Defendant

**Order**

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Remand (ECF No. 10), currently set for July 17, 2023, at 1:30 p.m. be moved to July 17, 2023, at 3:30 p.m.

_____
UNITED STATED DISTRICT COURT JUDGE

DATED: July 11, 2023

STIPULATION AND ORDER