Marjorie Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, Nevada 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Allyessa Tefft,** individually and as the natural parent of **B.M.T.,** a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>**State Farm Mutual Automobile Insurance Company;** Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00520-JAD-DJA<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel of record, that the discovery deadlines in this case be extended as follows:

**A. COMPLETED DISCOVERY**

The parties have conducted the following discovery:

1. Plaintiff has served her initial disclosure of witnesses and documents, and supplements thereto;

2. Defendant has served its initial disclosure of witnesses and documents, and supplements thereto;

3. Plaintiff has propounded and answered written discovery requests;

4. Defendant has propounded written discovery requests;

5. Plaintiff has taken the deposition of State Farm adjuster, Angela Vendetti.

6. Plaintiff has taken the deposition of State Farm adjuster, Lori Craig.

7. Plaintiff has taken the deposition of State Farm adjuster, Sydney Payne.

8. Defendant has taken the deposition of Plaintiff, Allyessa Tefft.

**B. OUTSTANDING DISCOVERY**

1. Disclosure of expert witnesses;

2. Deposition of the State Farm 30(b)(6) witness;

3. Depositions of fact witnesses;

4. Depositions of treating physicians;

5. Depositions of expert witnesses;

6. Additional written discovery;

7. Disclosure of additional documents.

**C. GOOD CAUSE EXISTS FOR AN EXTENSION**

Counsel for the parties have been diligent in conducting discovery but have recently entered settlement negotiations and are planning to mediate this matter in July or early August. In order to not incur unnecessary costs prior to mediation, counsel for both parties agree that an extension of expert deadlines beyond August is appropriate. Further, one of Plaintiff's retained experts has requested an additional 30 days to complete his report.

Additionally, both parties are currently awaiting the decision on Defendant's motion for protective order and Plaintiff's countermotion to compel. In order to produce certain documents requested by Plaintiff, Defendant asserts that a protective order is required. These documents are important for depositions and for the experts in this matter. Therefore, there is good cause to extend the discovery

deadline as requested.

**D. PROPOSED EXTENDED DEADLINES**

The parties have agreed to extend the discovery deadlines in this case as follows:

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Motions to amend or add parties | Closed | Closed |
| Initial expert disclosures | June 10, 2024 | September 9, 2024 |
| Rebuttal expert disclosures | July 12, 2024 | October 10, 2024 |
| Close of Discovery | August 9, 2024 | November 7, 2024 |
| Dispositive motions | September 9, 2024 | December 9, 2024 |
| Pretrial Order | October 7, 2024 | January 6, 2025 or, if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

Dated this 20th day of May, 2024.

H&P LAW

/s/ Marjorie Hauf
Marjorie Hauf, Esq.
Nevada Bar No.: 8111
Cara Xidis, Esq.
Nevada Bar No.: 11743
*Attorney for Plaintiff*

DATED this 20th day of May, 2024.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Frank Toddre II
Frank Toddre II, Esq.
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
Fax: 702-893-3789
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE