ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALLYESSA TEFFT, individually and as the natural parent of B.M.T., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; inclusive and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00520-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>[ECF No. 53] |

IT IS HEREBY STIPULATED and AGREED between Plaintiffs ALLYESSA TEFFT and

B.M.T. (collectively "Plaintiffs"), by and through their counsel, H&P LAW, and Defendant STATE

FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its

counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiffs' claims and causes of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

148648422.1

1   action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party

2   to bear their own attorney's fees and costs.

3   Dated this 19th day of November_, 2024        Dated this 26th day of November, 2024

4   H&P LAW                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

5   _Cara Xidis s/s/ Abbi Willi 13539_            _/s/ Frank A. Toddre, II_

6   MARJORIE L. HAUF                               ROBERT W. FREEMAN
    Nevada Bar No. 8111                            Nevada Bar No. 3062
7   MATTHEW G. PFAU                                FRANK A. TODDRE, II
    Nevada Bar No. 11439                           Nevada Bar No. 11474
8   CARA XIDIS                                     6385 S. Rainbow Boulevard, Suite 600
    Nevada Bar No. 11743                           Las Vegas, Nevada 89118
9   710 South 9th Street                           *Attorneys for Defendant State Farm Mutual*
    Las Vegas, Nevada 89101                        *Automobile Insurance Company*
10  *Attorneys for Plaintiffs*

11                              **ORDER**

12  **IT IS SO ORDERED.**  Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that this
                           case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is
                           directed to CLOSE THIS CASE.**

13  Dated this __27th__ day of November, 2024.

14

15
                                    _____
16                                  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

148648422.1                                    2